# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00293-JO |
| v. | **ORDER DISMISSING INDICTMENT WITH PREJUDICE** |
| **NATHAN ONDERDONK-SNOW,** | |
| **Defendant.** | |

This matter, having come before the Court on the government's motion to dismiss with prejudice the Indictment, charging the defendant with violating 18 U.S.C. § 111(a)(1), pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court being fully advised:

IT IS HEREBY ORDERED that the Indictment, charging the defendant with violating 18 U.S.C. § 111(a)(1) in the above-captioned matter is DISMISSED with prejudice.

Dated: March 12, 2021

_____
HONORABLE ROBERT E. JONES
Senior United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Order Dismissing Indictment**                                                              **Page 1**